■ EAGLE SALES, INC., Appellant, v FACET ENTERPRISES, INC., Respondent.—Order unanimously affirmed with costs for

reasons stated at Supreme Court, Murphy, J. (Appeal from order of Supreme Court, Onondaga County, Murphy, J.—summary judgment.) Present—Callahan, J. P., Denman, Pine, Balio and Lawton, JJ.